1  Jeffrey A. Rosenfeld (State Bar No. 136896)
   jeffrey.rosenfeld@dlapiper.com
2  Rachel E. K. Lowe (State Bar No. 246361)
   rachel.lowe@dlapiper.com
3  **DLA PIPER US LLP**
   1999 Avenue of the Stars, 4th Floor
4  Los Angeles, CA 90067-6023
   Telephone: (310) 595-3000
5  Facsimile: (310) 595-3300

6  Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al., | CASE NO. CV 09-01822 DDP (AGRx) |
| Plaintiffs, | [Assigned to District Judge Dean D. Pregerson, Courtroom 3] |
| v. | **ORDER REGARDING ECHOSTAR'S REASONABLE FEES AND COSTS** |
| FREETECH, INC. et al., | |
| Defendants. | |

1  IN FURTHERANCE OF THE COURT'S APRIL 15, 2009 ORDER, it is
2  hereby ORDERED that Ryan Derouchey shall pay Plaintiffs EchoStar Satellite
3  L.L.C. (n/k/a DISH NETWORK L.L.C.), EchoStar Technologies Corporation
4  (n/k/a EchoStar Technologies L.L.C.), and NagraStar L.L.C., their reasonable
5  attorneys' fees and costs in the amount of $6,131.  It is further ordered that this
6  amount shall be paid within 20 days of this Order.

8  **IT IS SO ORDERED.**

11  Dated: May 26, 2009

     Dean D. Pregerson
     United States District Judge